IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUSAN MARCOS-CHAVELA,

        Plaintiff,

v.

CONGRESS, BARACK OBAMA, and
SUPREME COURT,

        Defendants.

No. 3:19-cv-00666-SB

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation [5] on July 15, 2019, in which she recommends that the Court dismiss Plaintiff's complaint and allow Plaintiff to file an amended complaint within 30 days of this order. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [5]. Accordingly, Plaintiff's Complaint [2] is dismissed. Plaintiff may file an amended complaint within 30 days of this Order curing the deficiencies identified in Judge Beckerman's Findings and Recommendation. Failure to do so will result in dismissal of this case with prejudice. Should Plaintiff choose to file an amended complaint, she must also file an amended Application to Proceed *In Forma Pauperis* that includes all of the required information and a signature.

IT IS SO ORDERED.

DATED this 13 day of August, 2019

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge